**Opinion issued November 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-13-00798-CV**

_____

**YVETTE R. MARSH-JOHNSON AND CLEOTHA ETIENNE, Appellants**

**V.**

**HORACE MANN LIFE INSURANCE COMPANY, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-46804**

**MEMORANDUM OPINION**

Appellants, Yvette R. Marsh-Johnson and Cleotha Etienne, have filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Massengale.